UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHARON BRIMAGE,

        Plaintiff,

v.

ACTION COLLECTION AGENCY OF BOSTON,

        Defendant.

CIVIL ACTION NO. 1:16-cv-10980-FDS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| SHARON BRIMAGE, | ACTION COLLECTION AGENCY OF BOSTON, |
| By her attorneys, | By its attorneys, |
| /s/ John C. Dorn | /s/ John J. O'Connor |
| John C. Dorn | John J. O'Connor |
| Law Offices of John C. Dorn, P.C. | BBO #555251 |
| 242 Wareham Road | Peabody & Arnold LLP |
| Marion, MA  02738 | Federal Reserve Plaza |
| 508-748-3140 | 600 Atlantic Avenue |
| john@dorninjurylaw.com | Boston, MA  02210-2261 |
| | Tel. (617) 951-2100 |
| | Fax. (617) 951-2125 |
| | joconnor@peabodyarnold.com |

Dated:  July 11, 2016

## **CERTIFICATE OF SERVICE**

      I, John J. O'Connor, hereby certify that on the 11th day of July, 2016, I served the attached by causing a copy thereof to be served via ECF on the following:

John C. Dorn, Esq.
Law Offices of John C. Dorn, P.C.
242 Wareham Road
Marion, MA 02738

                                                          /s/ John J. O'Connor
                                                          John J. O'Connor

962132_1
9999-99999